ACCEPTED
03-15-00083-CV
6760110
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 11:07:19 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00083-CV

_____

# In the Court of Appeals
# Third District of Texas
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/2/2015 11:07:19 AM
JEFFREY D. KYLE
Clerk

_____

CRAIG A. WASHINGTON,

APPELLANT

V.

COMMISSION FOR LAWYER DISCIPLINE,

APPELLEE

_____

*Appealed from the 335th District Court*
*Of Bastrop County, Texas*
*Honorable George Gallagher, Judge Presiding*

_____

## APPELLEE'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

_____

LINDA A. ACEVEDO
CHIEF DISCIPLINARY COUNSEL

LAURA BAYOUTH POPPS
DEPUTY COUNSEL FOR ADMINISTRATION

CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL

OFFICE OF THE CHIEF DISCIPLINARY COUNSEL
STATE BAR OF TEXAS
P.O. BOX 12487
AUSTIN, TEXAS 78711-2487
512.427.1350; 1.877.953.5535
FAX: 512.427.4167

No. 03-15-00083-CV
_____

# In the Court of Appeals
# Third District of Texas
# Austin, Texas

_____

CRAIG A. WASHINGTON,

APPELLANT

V.

COMMISSION FOR LAWYER DISCIPLINE,

APPELLEE

_____

*Appealed from the 335th District Court*
*Of Bastrop County, Texas*
*Honorable George Gallagher, Judge Presiding*

_____

**APPELLEE'S UNOPPOSED FIRST MOTION**
**FOR EXTENSION OF TIME TO FILE BRIEF**

_____

Appellee, the Commission for Lawyer Discipline, asks the Court, pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, for an extension of time of thirty (30) days to file Appellee's brief.

I.

This is an appeal from a Final Judgment entered on January 8, 2015, against Appellant, Craig A. Washington, in Cause No. 29,123, styled *Commission for*

*Lawyer Discipline v. Craig A. Washington*, in the 335th Judicial District Court of Bastrop County, Texas.

## II.

Appellant timely perfected his appeal. The clerk's record was filed on May 8, 2015, and supplemental clerk's records were filed on June 2, 2015 and July 9, 2015. The reporter's record was filed on May 15, 2015. Appellant filed his brief on August 17, 2015.

## III.

This is Appellee's first request for an extension of time to file its brief. Appellee's brief is originally due to be filed on September 16, 2015. Appellee requests an additional thirty (30) days to file the brief, **to and including October 16, 2015**. Appellee's counsel, the undersigned attorney, needs additional time to file the brief for the following reasons:

The undersigned has been out of the office unexpectedly due to the emergency surgery and hospitalization of her mother, for whom the undersigned is the primary caretaker;

The undersigned will be out of the office at a conference from September 9-11, 2015;

The undersigned is set to present oral argument on September 16, 2015, in *John Doe v. Board of Directors of the State Bar of Texas, et al*, before the Third Court of Appeals (No. 03-15-00007-CV); and

The undersigned has a previously extended briefing deadline of September 28, 2015, in *Charles Septowski v. Commission for Lawyer Discipline*, before the Board of Disciplinary Appeals (BODA No. 55901).

IV.

For these reasons, Appellee prays that this Court grant Appellee's motion in this cause for thirty (30) days until **October 16, 2015**.

RESPECTFULLY SUBMITTED:

LINDA A. ACEVEDO
CHIEF DISCIPLINARY COUNSEL

LAURA BAYOUTH POPPS
DEPUTY COUNSEL FOR ADMINISTRATION

CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL

OFFICE OF THE CHIEF DISCIPLINARY
COUNSEL
P.O. BOX 12487
AUSTIN, TEXAS 78711-2487
512.427.1350; 1.877.953.5535
FAX: 512.427.4167


/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL
STATE BAR OF TEXAS
cynthia.hamilton@texasbar.com
STATE BAR CARD NO. 00790419
ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

This is to certify that Appellant's attorney, Mr. John MacVane, indicated that Appellant does not oppose the requested extension.

/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Unopposed First Motion for Extension of Time to File Brief has been served on Appellant, Mr. Craig A. Washington, by and through his attorneys of record Mr. Michael A. Stafford, Ms. Katherine David, and Mr. John MacVane, Gardere, Wynne Sewell LLP, 1000 Louisiana, Suite 3400, Houston, Texas 77002-5011, through this Court's electronic filing service provider on the 2nd day of September 2015.

/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON